# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN HUNTLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT FOODS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil No. 2:22-cv-00386  **CLOSED**<br><br>**VOLUNTARY DISMISSAL ORDER WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Lynn Huntley pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 16, 2022

**LYNCH CARPENTER, LLP**

By: */s/ Katrina Carroll*
Katrina Carroll
111 W. Washington St., Ste. 1240
Chicago, IL 60602
Tel.:   312-750-1265
katrina@lcllp.com

**LYNCH CARPENTER, LLP**
Todd D. Carpenter
Scott G. Braden
1350 Columbia St., Ste. 603
San Diego, CA 92101
Tel.:   619-762-1900
Fax:   619-756-6991
todd@lcllp.com
scott@lcllp.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown
Michael A. Tompkins
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel:    516-873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

1

**IZARD, KINDALL & RAABE LLP**
Oren Faircloth
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel:    860-493-6292
Fax:    860-493-6290
ofaircloth@ikrlaw.com

*Attorneys for Plaintiff*

***SO ORDERED: 6/17/2022**
*s/Stanley R. Chesler, U. S. D. J.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: June 16, 2022

LYNCH CARPENTER, LLP

By: */s/ Katrina Carroll*

Katrina Carroll
111 W. Washington St., Ste. 1240
Chicago, IL 60602
Tel.:   312-750-1265
katrina@lcllp.com

*Attorneys for Plaintiff*